JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER ADJUSTMENTS CORP., | CV 08-4354 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| ERNEST E. BRANDON, | |
| Defendants. | |

In accordance with the Court's October 9, 2008 order granting the plaintiff's motion for default judgment, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.    Plaintiff is entitled to a permanent injunction;

2.    Plaintiff shall take $1.00 in nominal damages from Defendant;

3.    Plaintiff shall recover attorneys' fees of $250.00;

4.    Plaintiff shall recover its costs of suit.

DATED: October 9, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE