JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER ADJUSTMENTS CORP., | CV 08-4354 PA (Ex) |
| Plaintiff, | PERMANENT INJUNCTION |
| v. | |
| ERNEST E. BRANDON, | |
| Defendants. | |

In accordance with the Court's October 9, 2008 order granting plaintiff Charter Adjustments Corporation's ("Plaintiff") motion for default judgment,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Defendant Ernest E. Brandon ("Defendant"), and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from contacting any of Plaintiff's current or former customers, whether directly or indirectly, by any means whatsoever, for a period of two years following Defendant's June 13, 2008 termination;

2. Defendant, his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction, are ordered to deliver to Plaintiff all copies in any form whatsoever of Plaintiff's trade secrets, which shall mean any

1  information, including but not limited to technical or nontechnical data, formulas, patterns,
2  compilations, programs, devices, methods, techniques, drawings, processes, financial data,
3  financial plans, product plans, or lists of actual or potential customers or suppliers that: (i)
4  derives economic value, actual or potential, from not being generally known to, and not
5  being readily ascertainable by proper means by, other persons who can obtain economic
6  value from their disclosure or use, and (ii) is the subject of efforts that are reasonable under
7  the circumstances to maintain their secrecy.

DATED: October 9, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE